# COMMONWEALTH OF VIRGINIA



**SERVE**

ALBEMARLE CIRCUIT COURT
Civil Division
501 E. JEFFERSON ST.
CHARLOTTESVILLE VA 22902
(434) 972-4086

Summons

To: KROGER LIMITED PARTNERSHIP I
CORPORATION SERVICES COMPANY
100 SHOCKOE SLIP
FLOOR 2
RICHMOND VA 23219

Case No. 003CL22000860-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, June 30, 2022

Clerk of Court: JON R ZUG

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: ARMENTROUT, TERRY
2 SOUTH MAIN STREET
SUITE 301
HARRISONBURG VA 22802

